**Robert Lee FOSTER, Plaintiff— Appellant,**

v.

**Derham COLE, Judge; Alex Stavely, Prosecutor; Williams McPherson, Attorney of PD Office; Daniel K. Swad, Sheriff Officer; J.L. Hall, Officer; Bradford James, Officer; Mylner Beach, Officer; Ashley C. Harris, Officer, Defendants—Appellees.**

No. 09–7375.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 24, 2009.

Robert Lee Foster, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Foster appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Foster v. Cole,* No. 3:09–cv–00452–PMD, 2009 WL 1923382 (D.S.C. June 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*